WALTER G. LYONS AND KATHLEEN LYONS

VERSUS

STATE OF LOUISIANA THROUGH LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER AND LOUISIANA STATE UNIVERSITY MEDICAL CENTER, ET AL

NO. 23-CA-419

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

December 05, 2024

Linda Wiseman
First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Susan M. Chehardy,
Jude G. Gravois, and Marc E. Johnson

## DENIED WITHOUT REASONS

**JGG**
**SMC**
**MEJ**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>12/05/2024</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
**CLERK OF COURT**

## 23-CA-419

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (District Judge)
Walter C. Morrison, IV (Appellant)          Peter J. Wanek (Appellee)

### MAILED
Rachel M. Naquin (Appellant)
Attorney at Law
1100 Poydras Street
Suite 2800
New Orleans, LA 70163

Kathryn T. Trew (Appellee)
Sheryl D. Story (Appellee)
Attorneys at Law
1340 Poydras Street
Suite 2000
New Orleans, LA 70112

Samantha S. Boudreaux (Appellee)
Attorneys at Law
1340 Poydras Street
Suite 2000
New Orleans, LA 70124